**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  03-cr-00467-WYD[1]-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  FERNANDO de la HOYA-CHAVEZ,

    Defendant.

---

## MINUTE ORDER[2]

---

On April 16, 2013, the court conducted a telephonic setting conference to reset the revocation of supervised release hearing.  After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1.  That on **July 25, 2013**, commencing at 9:00 a.m. the court shall conduct  the revocation of supervised release hearing for this defendant; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  April 16, 2013

---

[1] This case was reassigned to Judge Wiley Y. Daniel by the court's **Order Granting Defendant's Motion To Reassign and Transfer Case** [#400] entered August 12, 2011.  However, Judge Robert E. Blackburn sentenced this defendant and a judgment was entered on February 3, 2006.  Therefore, Judge Blackburn shall hear the Revocation of Supervised Release hearing.

[2] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.